■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAVELL WILLIAMS, Appellant. [44 NYS3d 917]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Donnelly, J.), imposed April 8, 2014, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of his right to appeal precludes review of his contention that the sentence imposed was excessive (see *People v Sanders*, 25 NY3d 337 [2015]; *People v Ramos*, 7 NY3d 737, 738 [2006]; *People v Hidalgo*, 91 NY2d 733, 737 [1998]). Eng, P.J., Chambers, Austin, Roman and Duffy, JJ., concur.